UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA ANDERSON, ) | |
| ) | 2:08-cv-01220-GEB-GGH |
| Plaintiff, ) | |
| ) | ORDER CONTINUING STATUS |
| v. ) | (PRETRIAL SCHEDULING) |
| ) | CONFERENCE; FED. R. CIV. |
| COUNTRYWIDE FINANCIAL; WILSON, ) | P. 4(m) NOTICE |
| RESOURCES, INC.; TODD WILSON; ) | |
| DERI ROSS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The June 3, 2008, Order Setting Status (Pretrial Scheduling) Conference scheduled a status conference in this case for September 15, 2008, and required the parties to file a joint status report no later than fourteen days prior to the status conference. Plaintiff and Defendant Countrywide Financial filed an untimely status report on September 9, 2008.[1]

The Status (Pretrial Scheduling) Conference set for September 15, 2008, is continued to October 27, 2008, at 9:00 a.m. A further joint status report shall be filed no later than October 13, 2008.

Plaintiff is hereby notified that unserved Defendants Wilson Resources, Inc., Todd Wilson and Deri Ross may be dismissed

---

[1] Failure to meet a filing deadline could result in issuance of an Order to Show Cause, which is not issued at this time since the judge's docket is congested. It should be obvious that counsel are expected to meet filing deadlines, and could be subject to sanctions when deadlines are missed.

1  without prejudice under Fed. R. Civ. P. 4(m) if these Defendants
2  are not served by September 29, 2008.  To avoid dismissal, a proof
3  of service shall be filed for Defendants Wilson Resources, Inc.,
4  Todd Wilson and Deri Ross no later than September 29, 2008.  If
5  Plaintiff believes she has good cause to justify extension of Rule
6  4(m)'s 120-day service period for these Defendants, she shall file
7  a declaration no later than September 29, 2008, showing "good
8  cause" why any unserved defendant should not be dismissed.
9          IT IS SO ORDERED.
10 Dated:  September 10, 2008

12                                 _____
                                   GARLAND E. BURRELL, JR.
13                                 United States District Judge