UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
DONNA ANDERSON,                     )
                                    )    2:08-cv-01220-GEB-GGH
                    Plaintiff,      )
                                    )    ORDER TO SHOW CAUSE
     v.                             )    AND CONTINUING STATUS
                                    )    (PRETRIAL SCHEDULING)
COUNTRYWIDE FINANCIAL; WILSON       )    CONFERENCE
RESOURCES, INC.; TODD WILSON; DERI  )
ROSS;                               )
                                    )
                    Defendants.     )
                                    )
```

The June 3, 2008, Order Setting Status (Pretrial Scheduling) Conference ("June 3 Order") scheduled a status conference in this case for September 15, 2008 and required parties to file a joint status report no later than fourteen days prior to the status conference. The Order further required that a status report be filed regardless of whether a joint report could be procured.[1]  No status report was

---

[1]    As the Order states:

> The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file

(continued...)

1

filed.

Plaintiff is Ordered to Show Cause (OSC) in a writing to be filed no later than 4:00 p.m. on November 10, 2008, why sanctions should not be imposed against her and/or her counsel under Rule 16(f) of the Federal Rules of Civil Procedure for failure to file a timely status report.

The written response shall also state whether Plaintiff or her counsel is at fault, and whether a hearing is requested on the OSC.[2] If a hearing is requested, it will be held on November 24, 2008, at 9:00 a.m., just prior to the status conference, which is rescheduled to that date. In accordance with the requirements set forth in the June 6 Order, a status report shall be filed no later than November 10, 2008. Failure to respond to this order could result in this action being dismissed without prejudice.

Dated: October 23, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1](...continued)
a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

June 3 Order at 2 n.1.

[2] "If the fault lies with the attorney, that is where the impact of sanction should be lodged. If the fault lies with the clients, that is where the impact of the sanction should be lodged." Matter of Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985). Sometimes the faults of attorneys, and their consequences, are visited upon clients. In re Hill, 775 F.2d 1385, 1387 (9th Cir. 1985).

2